**DAVIS, ERMIS & ROBERTS, P.C.**
**1010 N. Center, Suite 100**
**Arlington, Texas  76011**
**(817) 265-8832 Telephone**
**(972) 262-3264 Facsimile**
**Attorneys for Debtor(s)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.   411-46793-MXM-13** |
| | § | |
| **JEROME JONES** | § | |
| | § | **CHAPTER 13** |
| **DEBTOR(S)** | § | |

### OBJECTION TO #10 PROOF OF CLAIM

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN THIRTY (30) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTIONS.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVED THE RIGHT TO SET A HEARING ON ANY MATTER.**

**TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:**

**JEROME JONES,** (collectively "Debtor") in the above-entitled and numbered case, files this Objection to #10 Proof of Claim (the "Objection"), would show:

### I.

This Court has jurisdiction pursuant to 28 U.S.C.§157.

### II.

This Objection is brought pursuant to 11 U.S.C. §§ 105, 501,502 and 506 and Bankruptcy Rules 3007 and 9014.

### III.

This is a core proceeding.

### IV.

On **12/5/2011** Debtor filed a relief under Chapter 13 of the Bankruptcy Code.

### V.

Debtor's Chapter 13 is pending.

### VI.

Debtor objects to the following claim(s):

Debtor objects to the claim of Ecast Settlement Corp due to the fact that the creditor filed the proof of claim and has not supplied the proper supporting documentation.  Under the Bankruptcy Rules and Code, the proof of claim on its face is deficient and cannot demonstrate an obligation owed to Ecast Settlement Corp.  The Debtor denies he owes any obligation to Ecast Settlement Corp.

**WHEREFORE,** Debtor(s) prays for an Order of this Court:
(1) Granting all relief sought with respect to the objection; and
(2) Granting Debtor such other and further relief as is just.

Respectfully submitted,

/s/     Craig D. Davis
RONALD W. ROBERTS
State Bar No. 17018600
CRAIG D. DAVIS
State Bar No.  00793588
JEFFREY W. ERMIS
State Bar No. 24032159
1010 N. Center, Suite 100
Arlington, TX  76011
(972) 263-5922 Telephone
(972) 262-3264 Facsimile

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was served on this date, December 22, 2016, upon all parties listed below via electronic mail and/or by first class mail.

HSBC
P.O. Box 30252
Salt Lake City, UT  84130

           /s/   Craig D. Davis
         RONALD W. ROBERTS
         CRAIG D. DAVIS
         JEFFREY W. ERMIS